IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02215-RPM-MJW

AMSA, INC.,

Plaintiff(s),

v.

GOOD L. CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Good L Corporation's Motion for Leave to Permit Phil Goodell to Appear by Telephone (docket no. 51) is DENIED.

It is FURTHER ORDERED that Good L Corporation's Unopposed Motion for Leave to Permit Insurance Adjuster to Appear by Telephone (docket no. 50) is GRANTED. The insurance adjuster, Scott Soulsby, shall be available by telephone for the settlement conference.

Date: August 26, 2005