FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2005 DEC 15  PM 2: 10

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-cv-02215-RPM-MJW

AMSA, INC. d/b/a VERSACART SYSTEMS,

BY_____DEP. CLK

      Plaintiff,

v.

GOOD L CORPORATION; and
PHIL GOODELL,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Upon consideration of the Stipulation of Dismissal with Prejudice filed by Plaintiff AMSA, Inc. ("AMSA") and Defendants Good L Corporation and Phil Goodell (collectively "GOOD L"), the Court hereby DISMISSES this action WITH PREJUDICE.  This Court retains jurisdiction to enforce the Compromise and Settlement Agreement.

Each party shall bear its own costs and fees.

DATED: December 15th, 2005

_____
RICHARD P. MATSCH
United States District Judge

DNVR1:60327407.01

1